# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Santiago Dimas De La Cruz Palas,

Petitioner,

v.

Unknown Party,

Respondent.

No. CV-26-07579-PHX-RM

**ORDER**

Petitioner filed this action under § 2241, challenging his immigration detention. (Doc. 1.) The Court ordered Respondent to respond to the Petition. (Doc. 3.) Respondent filed a Response on October 26, 2026, averring that Petitioner received a bond hearing, and the immigration judge ordered Petitioner released on bond. (Doc. 5.) It is not clear from the Response whether Petitioner posted bond and was released. Accordingly,

**IT IS ORDERED** that within **three (3) days** of the date this Order is filed, Respondent shall file a supplemental response stating whether Petitioner has been released, and addressing whether this matter is moot. Petitioner may file a reply addressing mootness within **three (3) days** of service of Respondent's response.

Dated this 13th day of November, 2026.

Honorable Rosemary Márquez
United States District Judge